ACCEPTED
12-14-00287-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/22/2015 5:05:57 PM
Pam Estes
CLERK

No. 12-14-00287-CR
IN THE COURT OF APPEALS
TWELFTH COURT OF APPEALS DISTRICT
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/22/2015 5:05:57 PM
Pam Estes
Clerk

| | | |
|---|---|---|
| BRANDEE MICHELLE NICHOLS APPELLANT | § | APPEAL FROM THE 114th |
| | § | JUDICIAL DISTRICT COURT |
| THE STATE OF TEXAS APPELLEE | § | SMITH COUNTY, TEXAS |

Pursuant to Texas Rule of Appellate Procedure (TRAP) 48.4 I hereby certify that I have taken the following actions:

I am Jeff Haas, Attorney of Record for Brandee Nichols in Trial Court Cause No. 114-0561-14 & 12-14-00287-CR. On September 13, 2015, after Ms. Nichols conviction was affirmed, I met personally with Brandee Nichols at my office. I told her the conviction was affirmed, and advised her of her rights to file a Motion for Rehearing and her right to file a Pro Se Petition for Discretionary Review.

After discussion, Ms. Nichols decided not to prosecute any further appeal. A copy of the opinion in her case has been provided to Ms. Nichols. The requirements of TRAP 48.4 have been met.

Respectfully submitted,
Jeff L. Haas
Attorney at Law
100 East Ferguson, Suite 908

Tyler, Texas 75702
903-593-8338

_____
JEFF L. HAAS
State Bar No. 08659600

STATE OF TEXAS          §
                        §
COUNTY OF SMITH         §

     BEFORE ME, the undersigned authority, on this day personally appeared Brandee Nichols, who upon oath deposes and says that she is fully capable, competent and qualified to make this affidavit, and further states that the statements herein contained are true and correct.

_____
Brandee Nichols

SUBSCRIBED AND SWORN to before me this 22nd day of September, 2015.

_____
NOTARY PUBLIC in and for
THE STATE OF TEXAS

CHRISTIE BLAND
MY COMMISSION EXPIRES
August 13, 2017